IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | NO.  07-527-01 |
| HERIBERTO TORRES | : | |
| | : | |

### O R D E R

**AND NOW**, this 16th day of December, 2011, upon consideration of Defendant's Pro Se Motion for Consideration (Document No. 270, filed November 8, 2011) and the Government's Response to Defendant's Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Document Nos. 272-273, filed November 30, 2011), for the reasons stated in the Memorandum dated December 16, 2011, **IT IS ORDERED** that Defendant's Pro Se Motion for Consideration is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois
JAN E. DUBOIS, J.